LENORE GERARD, #133774
Attorney at Law
1453 Mission Street, Ste 570
San Francisco CA 94103
Tel: (415) 621-4822; Fax (415) 621-4061

SALLY HART
Center for Medicare Advocacy, Inc.
100 N. Stone Avenue, Ste. 305
Tucson, AZ 85701
Tel.: (520) 327-9547; Fax (520) 884-0992

GILL DEFORD
JUDITH A. STEIN
MARY T. BERTHELOT
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, CT 06226
Tel: (860) 456-7790; Fax (860) 456-2614

VICKI GOTTLICH
ALFRED J. CHIPLIN, JR.
Center for Medicare Advocacy, Inc.
1101 Vermont Ave., NW, Ste. 101
Washington, D.C. 20005
Tel.: (202) 216-0028; Fax (202) 216-0119

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZELDA WEICHARDT, by her son and next friend, ERIC WEICHARDT; IRENE AUBIN by her daughter and next friend, YVONNE A. MORIN; PLANNING FOR ELDERS IN THE CENTRAL CITY; ACTION ALLIANCE RESEARCH & EDUCATION PROGRAM; FOOK T. LEE, by his son and next friend, WILLIAM POY LEE; and ANNE NISLEY CHESTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of Health & Human Services<br><br>Defendant. | CIVIL ACTION NO. C 03-5490 VRW<br><br>**STIPULATION AND ORDER FOR FILING OF THIRD AMENDED COMPLAINT** |

E-Filing

1  It is hereby stipulated, by and between the parties to the above-entitled action, through
2  their respective counsel, that the Third Amended Complaint for Declaratory, Injunctive, and
3  Mandamus Relief, which has been lodged with this Stipulation, shall be filed. The sole reason
4  for the filing of the Third Amended Complaint is to include Anne Nisley Chester as a plaintiff,
5  and, except for that inclusion, no further changes were made from the Second Amended
6  Complaint. Ms. Chester's desire to participate as a plaintiff at this time is due to her
7  hospitalization in June 2005.
8  It is further stipulated that plaintiff Chester shall be allowed to join in the plaintiffs'
9  motions for summary judgment and for class certification (with Ms. Chester seeking to be a class
10 representative) and in opposition to the defendant's motion for summary judgment.

Respectfully submitted,

Dated: July 8, 2005

/s/ *Gill Deford*
Lenore Gerard
Sally Hart
Gill Deford
Judith A. Stein
Mary T. Berthelot
Vicki Gottlich
Alfred J. Chiplin, Jr.

Attorneys for Plaintiffs

Dated: July 8, 2005

Peter D. Keisler
Assistant Attorney General

Kevin V. Ryan
United States Attorney

Katherine Dowling
Assistant U.S. Attorney
Bar No. 220767

/s/ *Karen Stewart*
Sheila Lieber
Karen Stewart
D.C. Bar No. 367290
Attorneys, Civil Division
Dept. of Justice
20 Massachusetts Ave., N.W.
P.O. Box 883
Washington, D.C. 20044
Tel.: (202) 514-3313

Attorneys for Defendant

## ORDER

Pursuant to stipulation, and for good cause shown, it is ordered that the Third Amended Complaint for Declaratory, Injunctive, and Mandamus Relief shall be filed, and that new plaintiff Anne Nisley Chester shall join in plaintiffs' motions for summary judgment and for class certification (with her seeking to be a class representative) and in opposition to defendant's motion for summary judgment.

DATED: July   , 2005

VAUGHN R. WALKER
Chief United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of July 2005, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Elizabeth Maldonado*
Elizabeth Maldonado