PETER D. KEISLER
Assistant Attorney General

**E-Filing**

KEVIN V. RYAN
United States Attorney

KATHERINE DOWLING
Assistant U.S. Attorney
BAR NO. 220767

SHEILA M. LIEBER
KAREN STEWART
D.C. Bar No. 367290
Attorneys, Civil Division
Department of Justice
20 Massachusetts Ave., NW
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2849
Fax: (202) 616-8470

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ZELDA WEICHARDT, by her son and
next friend, ERIC WEICHARDT;
IRENE AUBIN, by her daughter and
next friend, YVONNE A. MORIN;
PLANNING FOR ELDERS IN THE CENTRAL
CITY; ACTION ALLIANCE RESEARCH &
EDUCATION PROGRAM, on behalf of
themselves and all others
similarly situated,

                              Plaintiffs,

v.

MICHAEL O. LEAVITT, Secretary
of Health and Human Services,

                              Defendant.

_____/

C.A. No. 03 5490 VRW

JOINT MOTION TO
CONTINUE HEARING AND
PROPOSED ORDER

Hearing: July 14, 2005
9:00AM

The parties to this action, by their undersigned counsel, hereby jointly request that the

Court continue the hearing on the parties' cross-motions for summary judgment and plaintiffs'

motion for class certification scheduled for July 14, 2005. The parties understand from the

1    Court's clerk, Cora Delphin, that October 13, 2005, is presently an available date on the Court's

2    calendar for the motions hearing. The grounds for this request are as follows:

3           1. The hearing on the above-mentioned motions is currently set for July 14, 2005.

4           2. The parties have been involved in discussions regarding a proposal that the parties

5    believe might provide a basis for resolving this case without further litigation or the intervention

6    of the Court.  Progress has been made and the parties seek to postpone the motions hearing in

7    order to continue their negotiations.

8           3. By Order filed May 23, 2005, the Court also authorized the parties to file letter briefs

9    by July 7, 2005, addressing certain identified topics.  The parties similarly request an extension

10   of the time for filing the letter briefs.

11          WHEREFORE, the parties respectfully request that the Court issue an order continuing

12   the motions hearing in this case until October 13, 2005, and granting the parties until October

13   6, 2005, to file concise letter briefs on the topics identified by the Court's May 18 and May 23,

14   2005 Orders.

15   Dated: July 7, 2005                          Respectfully submitted,

16

17                                    By:    /s/ Gill Deford
                                             Lenore Gerard
18                                           Sally Hart
                                             Gill Deford
19                                           Judith A. Stein
                                             Mary T. Bethelot
20                                           Vicki Gottlich
                                             Alfred Chiplin, Jr.
21
                                      Attorneys for Plaintiffs.
22

23                                    By:    /s/ Karen Stewart
                                             SHEILA M. LIEBER
24                                           KAREN STEWART
                                             D.C. Bar No. 367290
25                                           Attorneys, Civil Division
                                             Department of Justice
26                                           20 Massachusetts Ave., NW

27
                                             C.A. No. 03 5490 VRW
28                            -2-            JOINT MOTION TO CONTINUE HEARING

1

P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2849

2

3

Attorneys for Defendant.

4

ORDER

5

Upon consideration of the foregoing Joint Motion to Continue Hearing, the Court finding

6

good cause therefore, it is hereby ORDERED, that the motions hearing currently set for July 14,

7

2005, is hereby continued until October 13, 2005, at 2:00 p.m.  The parties also have until

8

October 6, 2005, to electronically file concise letter briefs on the topics identified in the Court's

9

May 18 and 23, 2005 Orders.

10

11

12

Dated: _____

VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C.A. No. 03 5490 VRW
JOINT MOTION TO CONTINUE HEARING

-3-