United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ZELDA WEICHARDT, et al,                  No    C-03-5490 VRW

12          Plaintiffs,                       ORDER

13          v

14   TOMMY G THOMPSON, Secretary of
     Health and Human Services,
15
16          Defendant.
     _____/

17

18

19        On October 11, 2005, the parties sent a letter to the

20   court confirming that a settlement had been reached, asking that

21   the scheduled hearing be vacated and stating that the parties

22   intended to submit appropriate papers to the court.  Doc #67.

23   Before this joint motion could be filed, however, the court issued

24   an order on October 25, 2005, dismissing this action with

25   prejudice.  Doc #68.  Because the parties' settlement agreement

26   provides for a dismissal without prejudice to certain rights,

27   including the right to continue this action under specified

28   conditions, the parties jointly requested in a motion filed on

1  October 28, 2005, that the court vacate its October 25, 2005, order

2  dismissing the case.  Doc #70-1.  The parties instead asked the

3  court to dismiss the case pursuant to the terms of their October

4  28, 2005, settlement agreement.  Id.  Accordingly, the court

5  VACATES its October, 25, 2005, order that dismissed the case with

6  prejudice and instead DISMISSES the case without prejudice,

7  pursuant to the terms of paragraph D of the settlement agreement,

8  which is filed with the court as Doc #70-2.

9

10        IT IS SO ORDERED.

11

12

13        VAUGHN R WALKER
          United States District Chief Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2